# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>Monica Lizbeth Hernandez-Hurtado,<br><br>                    Defendant. | Case No. 17-CR-02911-MMA<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, with prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii),(v)(II), (a)(1)(B)(i) - Transportation of Certain Aliens for Financial Gain and Aiding and Abetting

Dated: 12/20/2018

*Jill Burkhardt*
Hon. Jill L. Burkhardt
United States Magistrate Judge